UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

Darryl Littlejohn aka Jonathan Blaze,

          Plaintiff,

   -against-

The NYC Department of Corrections
Commissioner M. Horn
Warden D. Okada
Deputy Warden O'Connell
Individually and in their Official Capacities,

          Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

08 CV 3781 (TPG)

   **PLEASE** enter my appearance for the City defendants in the above-titled action and notify me by electronic mail of all activity in this case;

Dated:  New York, New York
     August 7, 2008

           MICHAEL A. CARDOZO
           Corporation Counsel of the
           City of New York
           Attorney for City Defendants
           100 Church Street, Room 2-194
           New York, N.Y. 10007
           (212) 788-0878

        By: s/
           MARTIN BOWE (MB 8042)
           Assistant Corporation Counsel