



**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MARTIN BOWE
*Senior Counsel*
phone: (212) 788-0878
fax: (212) 788-0877
mobile: (646) 498-7178
email: mbowe@law.nyc.gov

August 18, 2008

**Hand Delivery**
The Honorable Thomas P. Griesa
United States District Judge
500 Pearl Street, Room 1630
New York, New York 10007

    Re:    Littlejohn a/k/a/ Blaze v. Horn, 08 Civ. 3781 (TPG)

Dear Judge Griesa:

    I am the Assistant Corporation Counsel assigned to represent the defendants in the above-titled action. I write to request an additional two week enlargement defendants' time to respond to the Complaint, to September 2, 2008.[1] As plaintiff is an incarcerated person, I was unable to obtain his consent to this request.

    This is the second request for an enlargement of defendants' time to respond to the Complaint. Defendants intend to serve and file a motion to dismiss the Complaint pursuant to Rule 12(b)(6). The additional time requested is needed to fully brief that motion. There is no prejudice posed to plaintiff by the requested enlargement of defendants' time to respond to the complaint.

    Thank you for considering this request.

Respectfully submitted,

Martin Bowe
Assistant Corporation Counsel

cc:    Darryl Littlejohn, *pro se plaintiff*
        #900-06-00302
        M.D.C. 9 South
        125 White Street
        New York, New York 10013

*Approved.*
Thomas P. Griesa
USDJ   8/26/08

---

[1] On July 25, 2008 defendants requested sixty-day enlargement of defendants' time to respond to the Complaint, from June 16, 2008 to August 18, 2008.