**MEMO ENDORSED**




| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | MARTIN BOWE<br>*Senior Counsel*<br>phone: (212) 788-0878<br>fax: (212) 788-0877<br>mobile: (646) 498-7178<br>email: mbowe@law.nyc.gov |

September 2, 2008

**Hand Delivery**
The Honorable Thomas P. Griesa
United States District Judge
500 Pearl Street, Room 1630
New York, New York 10007

    Re: <u>Littlejohn a/k/a/ Blaze v. Horn</u>, 08 Civ. 3781 (TPG)

Dear Judge Griesa:

    I am the Assistant Corporation Counsel assigned to represent the defendants in the above-titled action. I write to request an additional two week enlargement of defendants' time to respond to the Complaint, to September 16, 2008. As plaintiff is an incarcerated person, I was unable to obtain his consent to this request.

    This is the third request for an enlargement of defendants' time to respond to the Complaint. Defendants intend to serve and file a motion to dismiss the Complaint, in whole or in part, pursuant to Rule 12(b)(6). The additional time requested is needed to fully brief that motion. There is no prejudice posed to plaintiff by the requested enlargement of defendants' time to respond to the complaint.

    Thank you for considering this request.

Respectfully submitted,

Martin Bowe
Assistant Corporation Counsel

cc: Darryl Littlejohn, *pro se plaintiff*
    #900-06-00302
    M.D.C. 9 South
    125 White Street
    New York, New York 10013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

*Approved.*
Thomas P. Griesa
*USDJ* 9/3/08